*Form 245* (3/23)–doc 25 – 23

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
|    Rita M. Melvin ) | Case No. 25–12195–djb |
|    aka Rita M. Rusden Melvin ) | |
|    aka Rita R. Melvin ) | |
| ) | Chapter: 7 |
|    Debtor(s). ) | |
| ) | |

## Notice to Take Action

Re:  Doc.# [23] Document

The above pleading was filed in this office. Please be advised that the document(s) has (have) not been filed as required pursuant to the Federal Rules of Bankruptcy Procedure and/or the Local Rules of this court:

- ☐ Affidavit
- ☐ Certificate of Service
- ☐ Certification of no response
- ☐ Notice pursuant to Rule 9019
- ☐ Notice pursuant to Rule 2002
- ☐ Notice pursuant to Rule 3007.1
- ☐ Proof of Claim number not noted on objection pursuant to Rule 3007.1(a)
- ☐ Proposed Order
- ☐ Stipulation
- ☐ Certification of Default
- ☑ Other This matter requires a motion and notice, along with a proposed form of order, per rule 722 & 6008

In order for this matter to proceed to disposition, please submit the above noted item(s) to this office on or before . Otherwise, the matter will be referred to the Court.

Date: September 15, 2025

For The Court

Mohung Wong
Clerk of Court